No. 741. MITCHELL *v.* GREENOUGH ET AL. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.

660

*Walter B. Mitchell, pro se.* No appearance for respondents.